DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL QUINN,**
Appellant,

v.

**PUBLIX SUPERMARKETS, INC.,**
Appellee.

No. 4D19-3269

[January 14, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 17-012436 (25).

Chad E. Levy of Law Offices of Levy & Levy, P.A., Sunrise; and Diane P. Perez of Diane Perez, P.A., Coral Gables, for appellant.

Michael A. Holt of Fisher & Phillips, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***